UNITED STATES BANKRUPTCY COURT
Eastern District of Missouri

In Re: Jason R Johle
109481739

Case No.   05-10076
Chapter:   7

## NOTICE AND REQUEST FOR ALL NOTICES

Snap-on Credit LLC formerly known as Snap-on Credit Corporation, a creditor and party in interest, has reassigned its interest in certain accounts to the undersigned Snap-on Dealer and, hereby enters this Notice of Request for All Notices in this case on behalf of the Dealer and requests that copies of all notices required by the Federal Rules of Bankruptcy Procedure to be given, including notices under Rule 2002, to the Dealer at the following address:

> Daniel Christensen
> 1195 Carolina Place
> Jackson, MO 63755

Dated:   2/11/2005

SNAP-ON CREDIT LLC on behalf of Daniel Christensen

By: *[signature]*
Diane Strangberg
Paralegal

S:\WORD\BKTCY\FULLRECOURSE\CCOA-DLR
(08/01/00)DS